# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**AUGUST F. CORNELL**

     vs.                      **CASE NUMBER: 5:09-cv-387 (GTS/ATB)**

**SCOTT KAPRAL, Individually and in his capacity as a police officer with the Town of Dewitt; and TOWN OF DEWITT**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment is GRANTED and therefore Plaintiff's Amended Complaint is DISMISSED.  Judgment is hereby entered in favor of the defendants'.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 11th day of January, 2011.

DATED: January 11, 2011

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk